[No. 42857-8-I.    Division One.    July 6, 1999.]

BERTRAM L. WOLSTEIN, *Appellant*, v. THE YORKSHIRE
INSURANCE CO., LTD., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-25458-4, William L. Downing, J., entered
May 22, 1998. *Reversed* by unpublished opinion per
Coleman, J., concurred in by Agid, A.C.J., and Baker, J.
Now published at 97 Wn. App. 201.

[No. 42863-2-I.    Division One.    July 6, 1999.]

DALE R. KING, ET AL., *Respondents*, v. AMERICAN WOOD
TREATERS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for What-
com County, No. 95-2-00026-2, Steven J. Mura, J., entered
May 22, 1999. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Grosse and Cox, JJ.

[No. 43066-1-I.    Division One.    July 6, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. COLFAX
ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-06228-6, Charles V. Johnson, J., entered
June 16, 1998. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Grosse and Becker, JJ.

[No. 43199-4-I.    Division One.    July 6, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
ANTHONY JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-03577-7, Carlos Velategui, J. Pro Tem.,
entered May 5, 1998. *Reversed* by unpublished per curiam
opinion.